PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Terrence Street                                   Docket No. **07-CR-00767**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Steve Casale** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Terrence Street**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo** sitting in the Court at Newark, New Jersey, on May 10, 2007, under the following conditions: $50,000 unsecured appearance bond; Pretrial Services supervision; travel restricted to New Jersey unless pre-approved by Pretrial Services; no witness contact.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **Mental health treatment as deemed appropriate by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __2__ day of __Nov__, __07__ and ordered filed and made a part of the records in the above case. | Executed on __11-3-2007__ |
| Honorable Dennis M. Cavanaugh<br>United States District Judge | Steve Casale<br>U.S. Pretrial Services Officer |